**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X

DIANA G.,

Plaintiff,

25 **CIVIL** 5202 (GRJ)

-against-

**JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

Defendant.

-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Decision and Order dated October 28, 2026, Plaintiff's Motion for Judgment on the Pleadings (Docket No. 20) is DENIED; the Commissioner is GRANTED Judgment on the Pleadings; and this case is DISMISSED; accordingly, this case is closed.

**Dated:** New York, New York

October 30, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** [signature]

**Deputy Clerk**